IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )       2:07cr318-MHT
PHILLIP DARRYL WINGARD      )         (WO)
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the government's motion to dismiss indictment (Doc. No. 14) is granted and that the indictment in this cause is dismissed without prejudice.

DONE, this the 4th day of February, 2008.

     /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE