IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:07CR318-MHT |
| PHILLIP DARRYL WINGARD | ) | [wo] |

## **ORDER**

Pursuant to the Order granting the Motion to Dismiss (Doc. 16), the Report and Recommendation (Doc. 15) is hereby **WITHDRAWN**.

DONE this 4th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE